1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile:  (415) 576-9929
4
   Attorney for Plaintiff
5  Libin DONG

6
                   UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8

9  Libin DONG                          )   Case No.:
                                        )
10                Plaintiff,            )
                                        )   **PETITION FOR HEARING ON**
11  vs.                                 )   **NATURALIZATION APPLICATION**
                                        )   **UNDER 8 U.S.C. § 1447(B)**
12  MICHAEL CHERTOFF, Secretary of the  )
    Department of Homeland Security;   )
13  ROBERT S. MUELLER,                  )
    Director of Federal Bureau of Investigation )
14                                      )
                  Defendants.            )
15  _____    )

16      COMES NOW Libin DONG, Plaintiff in the above-styled and numbered cause, and for

17  cause of action would show to the Court the following:

18  1.    This action is brought for a hearing to decide Plaintiff's naturalization application due to

19  Defendants' failure to adjudicate the application within 120 days after the first examination in

20  violation of the Immigration and Nationality Act ("INA") § 336(b) and 8 U.S.C. §1447(b).

21                                   **PARTIES**

22  2.    Plaintiff Libin DONG, a citizen of the People's Republic of China, is a lawful permanent

23  resident of the United States (A#76 120 418). On October 21, 2005, Plaintiff was interviewed for

24  her naturalization application (**Exhibit 1**). Defendants have failed to make a decision on the

25  application within 120 days after the examination.

26  3.    Defendant Michael Chertoff is the Secretary of the Department of Homeland Security

27  (DHS),and this action is brought against him in his official capacity.  He is generally charged with

28  enforcement of the Immigration and Nationality Act, and is further authorized to delegate such

1 powers and authority to subordinate employees of the DHS. 8 U.S.C. §1103(a); 8 C.F.R. § 2.1.

2 4. Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to complete the security clearances on Plaintiff's cases.

## JURISDICTION

5. Jurisdiction in this case is proper under the INA § 336(b) and 8 U.S.C. §1447(b). Relief is requested pursuant to said statutes.

## VENUE

6. Venue is proper in this court, pursuant to 8 U.S.C. §1447(b), in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

## CAUSE OF ACTION

7. Plaintiff is a lawful permanent resident of the United States. On October 21, 2005, Plaintiff was interviewed for her naturalization application (**Exhibit 1**).

8. Plaintiff's application for naturalization has now remained un-adjudicated for more than 25 months from the date of interview.

9. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements.

10. Defendants, in violation of 8 U.S.C. § 1447 (b), have failed to make a determination on Plaintiff's naturalization application within the 120-day period after the date of examination.

## PRAYER

14. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order adjudicating the naturalization application. In the alternative, the Court may remand requiring Defendants to immediately adjudicate Plaintiff's naturalization application. In addition, Plaintiff requests an award of reasonable attorney's fees under the Equal Access to Justice Act and such other relief at law and in equity as justice may require.

| | |
|---|---|
| Dated: December 7, 2007 | Respectfully submitted, |
| | *[signature]* |
| | Justin X. Wang, Esq.<br>Attorney for Plaintiff |

## LIST OF ATTACHMENTS

*Exhibit*     *Description*

1            Naturalization Interview Results Showing Date of Interview on October 21, 2005

Ex. 1

U.S. Department of Homeland Security
Citizenship and Immigration Services

N-652, Naturalization Interview Results

A076120418
A076120418

On October 21, 2005, you were interviewed by USCIS Officer Lu

[✓] You passed the tests of English and U.S. history and government.

[ ] You passed the test of U.S. history and government and the English language requirement was waived.

[ ] USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

[ ] You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.

[ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

[ ] Please follow the instructions on the Form N-14.

[ ] USCIS will send you a written decision about your application.

[ ] You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ___✓___ A decision cannot yet be made about your application. *FBI name check pending*

It is very important that you:

[✗] Notify USCIS if you change your address.

[✗] Come to any scheduled interview.

[✗] Submit all requested documents.

[✗] Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

[✗] Go to any Oath Ceremony that you are scheduled to attend.

[✗] Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 01/04/05)N