1

2

3    **E-Filed 01/04/08**

4

5

6

7

8                              NOT FOR CITATION

9           IN THE UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13   Libin DONG,                          Case Number C 07-6235 JF

14              Plaintiff,                 ORDER[1] TO SHOW CAUSE

15         v.                             [re: docket no. 1]

16   Michael CHERTOFF, in his Official Capacity,
     Secretary, Department of Homeland Security; and
17   Robert S. MUELLER, III, in his Official Capacity,
     Director, Federal Bureau of Investigation
18
              Defendants.
19

20

21       On December 10, 2007, Petitioner Libin Dong ("Petitioner") filed a petition for review of

22   naturalization application under 8 U.S.C. § 1447(b) against Defendants Michael Chertoff, in his

23   Official Capacity, Secretary, Department of Homeland Security, and Robert S. Mueller, III, in his

24   Official Capacity, Director, Federal Bureau of Investigation ("Respondents").  Petitioner requests

25   that this Court adjudicate her application for naturalization and grant her naturalization or, if

26   necessary, order that a hearing take place in this matter.

27   _____

28       [1] This disposition is not designated for publication and may not be cited.

1    Petitioner alleges the following.  Petitioner is a lawful permanent resident of the United

2    States.  On October 21, 2005, Petitioner was interviewed for her naturalization application.

3    Petitioner's application for naturalization has no remained un-adjudicated for more than 25

4    months from the date of interview.  Defendants have sufficient information to determine

5    Petitioner's eligibility pursuant to applicable requirements.

6    Petitioner has exhausted all administrative remedies, and asserts her right to obtain this

7    Court's *de novo* judicial review, pursuant to INA § 310(c), 8 U.S.C. 1421(c) , and a hearing.

8    Petitioner alleges the Department of Homeland Security has failed to adjudicate his application

9    for naturalization within 120 days of her examination. Pursuant to 8 U.S.C. § 1447(b):

10   If there is a failure to make a determination under section 1446 of this title before
     the end of the 120-day period after the date on which the examination is
11   conducted under such section, the applicant may apply to the United States district
     court for the district in which the applicant resides for a hearing on the matter.
12   Such court has jurisdiction over the matter and may either determine the matter or
     remand the matter, with appropriate instructions, to the Service to determine the
13   matter.

14   Petitioner requests that this Court adjudicate her naturalization application.  Good cause

15   therefore appearing, IT IS HEREBY ORDERED as follows:

16   (1)    The Clerk of the Court shall serve by certified mail a copy of the petition and a

17   copy of this Order upon counsel for Respondents.

18   (2)    Respondents shall, within sixty (60) days after receiving service of the petition,

19   file and serve upon Petitioner an answer, showing cause why the relief prayed for should not be

20   granted.  At the time the answer is filed, Respondents shall lodge with the Court all records

21   relevant to a determination of the issues presented by the complaint.  If Respondents contend that

22   Petitioner has failed to exhaust administrative remedies as to any ground for relief asserted in the

23   complaint, Respondents shall specify what administrative remedy remains available to Petitioner.

24   If Respondents waive or concede the issue of exhaustion, Respondents shall so state in their

25   answer.

26   (3)    Petitioner may file a response to the matters raised in the answer within thirty (30)

27   days after receiving the answer.

28   (4)    Unless otherwise ordered by the Court, the matter will be deemed submitted upon

2

1   the filing of the response or upon the expiration of time to file a response.

2

3

    DATED: January 4, 2008

4

5

6   _____
    JEREMY FOGEL
7   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-6235 JF
ORDER TO SHOW CAUSE
(JFLC3)

This Order has been served upon the following persons:

Office of the United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113

Case No. C 07-6235 JF
ORDER TO SHOW CAUSE
(JFLC3)