**E-filed 2/7/08**

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12 LIBIN DONG,                          )    No. C 07-6235 JF
                                        )
13                Plaintiff,            )
                                        )
14        v.                            )    **STIPULATED DISMISSAL**
                                        )
15 MICHAEL CHERTOFF, Secretary,         )
   Department of Homeland Security; et al., )
16                                      )
                  Defendants.           )
17 _____  )

18     Plaintiff, by and through her attorneys of record, and Defendants, by and through their

19 attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-

20 entitled action without prejudice in light of the fact that the United States Citizenship and

21 Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and

22 agrees to do so within 30 days of the dismissal of this action.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATED DISMISSAL
No. C 07-6235 JF

1  The parties shall bear their own costs and fees.

2  Dated: February 5, 2008                                    Respectfully submitted,

3                                                             JOSEPH P. RUSSONIELLO
                                                              United States Attorney

5                                                             _____/S/_____
                                                              MELANIE L. PROCTOR[1]
6                                                             Assistant United States Attorney

7  Dated: February 4, 2008

8                                                             _____/s/_____
                                                              JUSTIN X. WANG
9                                                             Attorney for Plaintiff

10

11  IT IS SO ORDERED.   2/7/08

[signature]

Judge Jeremy Fogel, US District Court

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 07-6235 JF                           2